**Norman D. AUGSPURGER, d/b/a Augs-purger Contracting Co., Appellant,**

v.

**Major L. WATSON et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Jerry Anderson, Shuffett, Kenton, Anderson & Curry, Lexington, for appellant.

Marvin W. Suit, Flemingsburg, for appellees.

Memorandum Opinion of the Court by Special Commissioner F. BYRD HOGG, Reversing.*

**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**George W. STEPHENS, Widower, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

James D. Robinson, Dept. of Highways, Frankfort, David G. Carroll, Somerset, for appellant.

William L. Rose, Williamsburg, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

**Kenneth L. CORDER, Appellant,**

v.

**Russell Henry WRIGHT, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

John W. Bland, Jr., Lewis & Bland, Elizabethtown, for appellant.

Reford H. Coleman, Collier, Arnett, Coleman & Cooper, Elizabethtown, for appellee.

Memorandum Opinion of the Court by Special Commissioner S. RUSH NICHOLSON, Affirming.*

**Elizabeth JACKSON, Appellant,**

v.

**ASSOCIATED HOLDINGS, INC., Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Jerrold L. Becker, Louisville, for appellant.

Terrence L. McCoy, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.